**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
————————————————————————

**QLAY CO.,**

          Plaintiff,        20 Civ. 9778 (JGK)

  - against -          <u>ORDER</u>

**2845131461, ET AL.,**

          Defendants.
————————————————————————

**JOHN G. KOELTL, District Judge:**

    All of the filings in this case are unsealed because all of the remaining defendants have now been served.

**SO ORDERED.**

**Dated:    New York, New York**
          **December 2, 2020**        <u>   /s/ John G. Koeltl   </u>

                                    **John G. Koeltl**
                        **United States District Judge**