UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

QLAY CO.,

                    Plaintiff,                    20-cv-9778 (JGK)

                                                  ORDER
          - against -

2845131461, ET AL.,

                    Defendants.


JOHN G. KOELTL, District Judge:

     The Court has reviewed the Report and Recommendation of
Magistrate Judge Aaron dated July 30, 2021. No objections have
been filed to the Report and Recommendation, and the time for any
objections has passed. In any event, the Court finds that the
Report and Recommendation is well reasoned and should be adopted.
Accordingly, the Court adopts the Report and Recommendation.

     The plaintiff is directed to submit a proposed judgment for
statutory damages and for a permanent injunction by **January 7,
2022.** The plaintiff should serve the proposed judgment on the
defendants by **January 7, 2022.** The plaintiff should submit proof
of service by **January 12, 2022.** The defendants may submit any
objections by **January 14, 2022.**

SO ORDERED.

Dated:    New York, New York
          December 21, 2021

                                    _____
                                         John G. Koeltl
                                    United States District Judge